**Order filed July 12, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00994-CR
_____

**JERRY YORK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2078507**

## ORDER

The reporter's record in this case was filed March 7, 2017. According to the record filed, the trial court admitted five exhibits for the State, and two exhibits for the defendant. Those exhibits were not filed at the time the reporter's record was filed. Because a complete reporter's record has not been filed timely, we issue the following order.

We order Mubarak Oladejo, the official court reporter, to file the exhibits in this appeal **on or before July 26, 2018**. We note that State's Exhibit 4 is a video.

The court reporter is ordered to file State's Exhibit 4 in a reviewable format at the time the remaining exhibits are filed.

PER CURIAM